S11EZ0024

| Thomas P. DiNapoli State Comptroller | ALEXANDER WHITEHEAD | | | Total Gross | Fed Taxable Gross |
|---|---|---|---|---|---|
| | NYS EMPLID N02295171 | DEPTID 49240 | Current | 1,678.07 | 1,627.73 |
| | | | YTD | 12,694.70 | 12,343.60 |
| Check # 42866290 | Pay Start Date 09/08/2022 | Negotiating Unit 03 | Net Pay | 1,276.62 | |
| Check Date 10/12/2022 | Pay End Date 09/21/2022 | Retirement System ERS | Pay Rate | 16.13 | |

**EARNINGS**

| | Current Hrs/Days | Current Earnings | YTD Hrs/Days | YTD Earnings |
|---|---|---|---|---|
| Regular Pay Hourly Employee | 68.75 | 1,108.94 | 773.50 | 12,037.61 |
| Regular Pay Hourly Employee | 8.00 | 129.04 | | |
| Retro Holiday Pay Hourly | | 5.04 | | 5.04 |
| Retro OT Hourly/Biweekly | | 3.78 | | 3.78 |
| Retro Regular Pay Hourly | | 431.27 | | 431.27 |
| Holiday Pay - Hourly | | | 8.00 | 124.00 |
| OT - Hourly/Biweekly | | | 4.00 | 93.00 |

**TAX DATA**

| | Federal | State | NYC | Yonkers |
|---|---|---|---|---|
| Tax Status | S | S | | |
| Allowances | N/A | 0 | | |
| Addl. Amt. | | | | |

**TAXES**

| | Current | YTD |
|---|---|---|
| Fed Withholdng | 127.65 | 643.48 |
| Medicare | 24.33 | 184.07 |
| Social Security | 104.04 | 787.07 |
| NY Withholdng | 73.32 | 433.57 |

**BEFORE TAX DEDUCTIONS**

| | Current | YTD |
|---|---|---|
| ERS Retirement Before Tax | 50.34 | 351.10 |

**AFTER TAX DEDUCTIONS**

| | Current | YTD |
|---|---|---|
| CSEA Hourly Dues | 21.77 | 110.58 |

S11EZ0024

| Thomas P. DiNapoli State Comptroller | ALEXANDER WHITEHEAD | | | | Total Gross | Fed Taxable Gross |
|---|---|---|---|---|---|---|
| | NYS EMPLID N02295171 | DEPTID 49240 | | Current | 1,092.75 | 1,059.97 |
| | | | | YTD | 11,016.63 | 10,715.87 |
| Check # 42826539 | Pay Start Date 08/25/2022 | Negotiating Unit 03 | | Net Pay | | 863.57 |
| Check Date 09/28/2022 | Pay End Date 09/07/2022 | Retirement System ERS | | | | |
| | | | | Pay Rate | 15.50 | |

| EARNINGS | Current Hrs/Days | Current Earnings | YTD Hrs/Days | YTD Earnings |
|---|---|---|---|---|
| Regular Pay Hourly Employee | 70.50 | 1,092.75 | 696.75 | 10,799.63 |
| Holiday Pay - Hourly | | | 8.00 | 124.00 |
| OT - Hourly/Biweekly | | | 4.00 | 93.00 |

| TAX DATA | Federal | State | NYC | Yonkers |
|---|---|---|---|---|
| Tax Status | S | S | | |
| Allowances | N/A | 0 | | |
| Addl. Amt. | | | | |

| TAXES | Current | YTD |
|---|---|---|
| Fed Withholdng | 59.52 | 515.83 |
| Medicare | 15.84 | 159.74 |
| Social Security | 67.75 | 683.03 |
| NY Withholdng | 39.08 | 360.25 |

| BEFORE TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| ERS Retirement Before Tax | 32.78 | 300.76 |

| AFTER TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| CSEA Hourly Dues | 14.21 | 88.81 |

S11EZ0024

| Thomas P. DiNapoli State Comptroller | ALEXANDER WHITEHEAD | | | Total Gross | Fed Taxable Gross |
|---|---|---|---|---|---|
| | NYS EMPLID N02295171 | DEPTID 49240 | Current | 933.88 | 905.86 |
| | | | YTD | 9,923.88 | 9,655.90 |
| Check # 42800798 | Pay Start Date 08/11/2022 | Negotiating Unit 03 | **Net Pay** | | **751.47** |
| Check Date 09/14/2022 | Pay End Date 08/24/2022 | Retirement System ERS | | | |
| | | | Pay Rate | 15.50 | |

| EARNINGS | Current Hrs/Days | Current Earnings | YTD Hrs/Days | YTD Earnings |
|---|---|---|---|---|
| Regular Pay Hourly Employee | 60.25 | 933.88 | 626.25 | 9,706.88 |
| Holiday Pay - Hourly | | | 8.00 | 124.00 |
| OT - Hourly/Biweekly | | | 4.00 | 93.00 |

| TAX DATA | Federal | State | NYC | Yonkers |
|---|---|---|---|---|
| Tax Status | S | S | | |
| Allowances | N/A | 0 | | |
| Addl. Amt. | | | | |

| TAXES | Current | YTD |
|---|---|---|
| Fed Withholdng | 41.03 | 456.31 |
| Medicare | 13.54 | 143.90 |
| Social Security | 57.90 | 615.28 |
| NY Withholdng | 29.78 | 321.17 |

| BEFORE TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| ERS Retirement Before Tax | 28.02 | 267.98 |

| AFTER TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| CSEA Hourly Dues | 12.14 | 74.60 |

**Thomas P. DiNapoli**
**State Comptroller**

| | | | | | |
|---|---|---|---|---|---|
| ALEXANDER WHITEHEAD | | | | | |
| NYS EMPLID | N02295171 | DEPTID 49240 | | | |
| Check # | 42775930 | Pay Start Date | 07/28/2022 | Negotiating Unit | 03 |
| Check Date | 08/31/2022 | Pay End Date | 08/10/2022 | Retirement System | ERS |

| | Total Gross | Fed Taxable Gross |
|---|---|---|
| Current | 527.00 | 511.19 |
| YTD | 8,990.00 | 8,750.04 |

**Net Pay** 453.01

Pay Rate 15.50

| EARNINGS | Current Hrs/Days | Current Earnings | YTD Hrs/Days | YTD Earnings |
|---|---|---|---|---|
| Regular Pay Hourly Employee | 34.00 | 527.00 | 566.00 | 8,773.00 |
| Holiday Pay - Hourly | | | 8.00 | 124.00 |
| OT - Hourly/Biweekly | | | 4.00 | 93.00 |

[redacted]

| TAX DATA | Federal | State | NYC | Yonkers |
|---|---|---|---|---|
| Tax Status | S | S | | |
| Allowances | N/A | 0 | | |
| Addl. Amt. | | | | |

| TAXES | Current | YTD |
|---|---|---|
| Fed Withholdng | 1.31 | 415.28 |
| Medicare | 7.65 | 130.36 |
| Social Security | 32.67 | 557.38 |
| NY Withholdng | 9.70 | 291.39 |

| BEFORE TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| ERS Retirement Before Tax | 15.81 | 239.96 |

[redacted]

| AFTER TAX DEDUCTIONS | Current | YTD |
|---|---|---|
| CSEA Hourly Dues | 6.85 | 62.46 |