# United States Bankruptcy Court
## Western District of New York

In re **Alexander D Whitehead**, Debtor(s) — Case No. **1-22-11048**, Chapter **7**

## PAYMENT ADVICES COVER SHEET - AMENDED
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Alexander D Whitehead**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **November 21, 2022**

Signature **/s/ Alexander D Whitehead**
**Alexander D Whitehead**
Debtor